TROUTMAN SANDERS LLP
Stephen J. Steinlight
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

**UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RODNEY LEE, PRIVATE PUBLIC ADVOCATE acting on behalf of JOLIE BATTISTA,<br><br>Plaintiff,<br><br>v.<br><br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendants. | Civil Action No.  2:19-cv-05770 |

**DEFENDANT LAKEVIEW LOAN SERVICING, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Lakeview Loan Servicing, LLC ("Lakeview") certifies as follows:

Lakeview is a Delaware limited liability company and is wholly-owned by Bayview MSR Opportunity Corp. ("Bayview").  No publicly-held corporation holds ten percent or more of Lakeview's or Bayview's stock.

Dated:     New York, New York
           February 14, 2019                       Respectfully submitted,

                                       **TROUTMAN SANDERS LLP**

                                       By: */s/ Stephen J. Steinlight*
                                       Stephen J. Steinlight
                                       875 Third Avenue
                                       New York, NY 10022
                                       Telephone: (212) 704-6000

2

        Facsimile: (212) 704-6288
        Stephen.steinlight@troutman.com

*Attorneys for Defendant Lakeview Loan Servicing LLC*

## **CERTIFICATION AND CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record. Service of the foregoing was within the time prescribed by the Rules of the Court.

By: */s/ Stephen J. Steinlight*
Stephen J. Steinlight

*Attorneys for Defendant*
*Lakeview Loan Servicing, LLC*